IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05cr229

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| ) | |
| DANIEL R. SAWYER ) | |
| ) | |

**THIS MATTER** is before the Court upon motion of the defendant for a continuance of this matter from the November 7, 2005 trial term in the Charlotte Division. (Doc. No. 18).

The Court finds for the reasons stated in the defendant's motion that the defendant has sufficient cause for a continuance in this matter. The Court further finds that the ends of justice served by taking such action outweigh the interests of the public and the defendant to a speedy trial as set forth in 18 U.S.C. § 3161(h)(8)(1).

**IT IS THEREFORE ORDERED** that the above captioned case be continued to the February 6, 2006 term of Court.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, to the United States Attorney, the United States Marshals service, and the U.S. Probation office.

**Signed: November 3, 2005**

Robert J. Conrad, Jr.
United States District Judge